UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                           Case No. 8:15-cr-103-T-30TGW

CHAD MICHAEL MERIDA

**FORFEITURE MONEY JUDGMENT**

THIS CAUSE comes before the Court upon the United States of America's Motion a Forfeiture Money Judgment (Doc. 25) in the amount of $6,093.00.

Being fully advised of the relevant facts, the Court hereby finds that, at least $14,191.00 in proceeds was obtained from the robberies to which the defendant pled guilty.

The Court further finds that, $8,098.00 in United States currency was recovered by law enforcement.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion (Doc. 25) is GRANTED.

It is FURTHER ORDERED that, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the defendant shall be held liable for a forfeiture money judgment in the amount of $6,093.00.

It is FURTHER ORDERED that, upon entry of this order, it shall become a final order of forfeiture as to the defendant.

The Court retains jurisdiction to address any third party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property, and for any substitute assets that the United States may be entitled to seek up to the amount of the forfeiture money judgment.

DONE and ORDERED in Tampa, Florida, this 26th day of August, 2015.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel/Parties of Record

F:\Docs\2015\15-cr-103 forfeit money judgment.docx